

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rolando Lemus, individually and on behalf of other members of the general public similarly situated, and as an aggrieved employee pursuant to the Private Attorneys General Act of 2004, **Plaintiff,** V. Denny's Inc., and Does 1-10 inclusive, **Defendant.** | **Civil Action No.** 11CV2131-CAB (WVG) **JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendants motion for summary adjudication is granted as to all of the claimed Labor Code violations and, therefore, summary judgment is granted in favor of Defendant. Plaintiffs motion for summary adjudication is denied. Given that summary judgment has been granted as to all of the claimed Labor Code violations and Judgment is entered in favor of Defendant, the Court denies as moot Plaintiffs motion for class certification.

**Date:**     3/21/13

**CLERK OF COURT**
**W. SAMUEL HAMRICK, JR.**
By:  s/  Y.Barajas

Y.Barajas, Deputy